UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES JOHNSON,<br><br>        Petitioner,<br><br>   v.<br><br>RALPH M. DIAZ,<br><br>        Respondent. | No.  2:12-cv-2565-TLN-EFB P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 31, 2014, the court denied respondent's motion to dismiss petitioner's claim that the State is currently refusing to refer him to the Board of Parole Hearings for a parole suitability determination.

      Accordingly, it is hereby ordered that:

      1.  Respondent shall file and serve an answer in response to petitioner's application within 60 days from the date of this order.  *See* Rule 4, Rules Governing § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  *See* Rules 4, 5, Rules Governing § 2254 Cases.

/////

/////

/////

1

2.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

Dated:  April 2, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE